IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE GOUGH,<br>    Plaintiff | § §  § § |
| VS. | §    CASE NO. 1:15-cv-13153-NMG<br>§<br>§ |
| ZWICKER & ASSOCIATES, P.C.,<br>    Defendant. | §<br>§ |

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

    Respectfully submitted,

    WAYNE GOUGH

    By and through counsel,

/s/ Paul A. Petrillo
Paul A Petrillo, Esq.
202 Main St., Suite 102
Salem, NH 03079
(603) 894-4120
Bar# 16186

ATTORNEY FOR PLAINTIFF